# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KRETEK INTERNATIONAL, INC.,**       ) | |
| )                                     | **Case No. 1:09-cv-1835-CKK** |
| **Plaintiff**       )                 | |
| )                                     | |
| vs.       )                           | |
| )                                     | |
| **U.S. FOOD & DRUG ADMINISTRATION, et al.,**       ) | |
| )                                     | |
| **Defendants.**       )               | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff in the above-captioned action, Kretek International, Inc., hereby dismisses this action without prejudice. The opposing parties in this action have not served either an answer or a motion for summary judgment.


January 4, 2010                                     */s/ Ryan A. Shores*

D.C. Bar No. 500031                                 Ryan A. Shores
                                                    HUNTON & WILLIAMS LLP
                                                    1900 K Street, NW
                                                    Washington, D.C. 20006
                                                    (202) 955-1500
                                                    (202) 778-2201 (fax)

                                                    *Counsel for Plaintiff Kretek International, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Dismissal will be served through posting to the Court's Case Management & Electronic Case File system (ECF), and that on the 4th day of January, 2010, a true and correct copy of the foregoing document was sent by U.S. Mail, postage prepaid, to the following parties:

U.S. Food and Drug Administration and
Margaret Hamburg, Commissioner
10903 New Hampshire Ave.
Silver Spring, MD  20903

U.S. Department of Health & Human Services and
Kathleen Sebelius, Secretary
200 Independence Ave., S.W.
Washington, DC  20201

_____/s/ Ryan A. Shores_____